JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILTON MINCY,<br><br>        Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA et al.,<br><br>        Respondent. | CASE NO. 2:21-cv-1032-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition for Lack of Jurisdiction, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed without leave to amend and that this action is dismissed with prejudice.

DATED: April 28, 2021

_____
ANDRE BIROTTE, JR.
U.S. DISTRICT JUDGE